■ In the Matter of ERNEST BACOTE, Appellant, v ROBERT DENNISON, as Chairman of New York State Division of Parole, Respondent. [803 NYS2d 466]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered July 9, 2004 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition to review the determination of respondent denying him release to parole.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Ansari v Travis*, 9 AD3d 901 [2004], *lv denied* 3 NY3d 610 [2004]; *Matter of Jones v New York State Div. of Parole*, 8 AD3d 1098 [2004], *lv denied* 3 NY3d 609 [2004]). Present—Pigott, Jr., P.J., Green, Kehoe, Martoche and Pine, JJ.

■ PETER A. SPINA, Appellant, v KIM T. SPINA, Respondent. [803 NYS2d 462]—Appeal from an order of the Supreme Court, Monroe County (Philip A. Litteer, R.), entered December 29, 2004 in a divorce action. The order determined that the parties' postnuptial agreement is invalid and unenforceable.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Green, Kehoe, Martoche and Pine, JJ.

■ PAUL T. CLARK, as Administrator c.t.a. of the Estate of FRANCIS M. WILSON, Deceased, and as Executor of LENORE C. WILSON, Deceased, Respondent, v BARRY ALAN WEINSTEIN, M.D., et al., Appellants. (Appeal No. 1.) [803 NYS2d 463]—Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered October 5, 2004. The order, insofar as appealed from, granted plaintiff's motion for leave to serve a second amended complaint asserting a wrongful death cause of action on behalf of the daughter of Francis M. Wilson, deceased, resulting from the pecuniary loss of support provided by him to her children.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Pigott, Jr., P.J., Green, Kehoe, Martoche and Pine, JJ.